|   |   |
|---|---|
| 1 | Charles H. McCrea, Jr. (SBN #104) |
| 2 | LIONEL SAWYER & COLLINS |
|   | 1700 Bank of America Plaza |
| 3 | 300 South Fourth Street |
|   | Las Vegas, Nevada 89101 |
| 4 | Tel:   (702) 383-8888 |
|   | Fax:  (702) 383-8845 |
| 5 | cmccrea@lionelsawyer.com |
| 6 |   |
|   | John R. Posthumus (*pro hac vice*) |
| 7 | SHERIDAN ROSS PC |
|   | 1560 Broadway, Suite 1200 |
| 8 | Denver, Colorado 80202 |
|   | Tel:   (303) 863-2963 |
| 9 | Fax:  (303) 863-0223 |
|   | jposthumus@sheridanross.com |
| 10 |   |
| 11 | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| HASSEX, INC., a Missouri corporation, and NEW FRONTIER TECHNOLOGIES CORPORATION, a Colorado corporation,<br><br>  Plaintiffs,<br><br>vs.<br><br>INTERNET SERVICES, LLC, INC., a California limited liability company and WMM HOLDINGS, LLC a Nevada limited liability company,<br><br>  Defendants. | Case No. 2:10-cv-2035-PMP-LRL<br><br>**STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT -- FOURTH REQUEST**<br><br>**AND**<br><br>**[PROPOSED] ORDER** |
|---|---|

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto through their respective undersigned counsel, that the Defendants above-named shall have to and including December 31, 2011 within which to file a response to the Complaint filed herein. This is the parties' fourth stipulation extending time to respond to the Complaint. The purpose of the

request is to allow the parties an opportunity to meet and discuss settlement. The undersigned aver that the parties have attempted in good faith to meet and discuss settlement previously, but Plaintiff New Frontier Technologies Corporation had a senior executive depart the company, preventing them from meeting on the previously scheduled date. The parties have a tentative date scheduled at the end of November.

Dated this 5th of October, 2011

| LIONEL SAWYER & COLLINS | RANDAZZA LEGAL GROUP |
|---|---|
| By:  s\Charles H. McCrea, Jr.<br>Charles H. McCrea, Jr. (SBN #104)<br>1700 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101 | By:  s\J. Malcolm DeVoy<br>J. Malcolm DeVoy (SBN #11,950)<br>7001 W. Charleston Blvd.<br>Suite 1043<br>Las Vegas, Nevada 89117 |
| John R. Posthumus (*pro hac vice*)<br>SHERIDAN ROSS PC<br>1560 Broadway, Suite 1200<br>Denver, Colorado 80202 | Lance Blundell (Of Counsel)<br>Legal Department<br>500 Archdale Drive<br>Charlotte, North Carolina 28217 |
| *Attorneys for Plaintiffs* | *Attorney for Defendants* |

**ORDER**

IT IS SO ORDERED.

DATED: October 6, 2011

_____
UNITED STATES DISTRICT JUDGE