Charles H. McCrea, Jr. (SBN #104)
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Tel:   (702) 383-8888
Fax:   (702) 383-8845
cmccrea@lionelsawyer.com

John R. Posthumus (*pro hac vice*)
SHERIDAN ROSS PC
1560 Broadway, Suite 1200
Denver, Colorado 80202
Tel:   (303) 863-2963
Fax:   (303) 863-0223
jposthumus@sheridanross.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HASSEX, INC., a Missouri corporation, and NEW FRONTIER TECHNOLOGIES CORPORATION, a Colorado corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNET SERVICES, LLC, INC., a California limited liability company and WMM HOLDINGS, LLC a Nevada limited liability company,<br><br>Defendants. | Case No.  2:10-cv-2035-PMP-CWH<br><br><br><br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Hassex, Inc. and New Frontier Technologies Corporation hereby dismiss without prejudice all claims asserted in this action. The parties shall bear their own costs, expenses and attorneys' fees.

. . . .

. . . .

. . . .

Respectfully submitted this 3rd day of January 2012.

            LIONEL SAWYER & COLLINS

            By: /s/Charles H. McCrea, Jr.
               Charles H. McCrea, Jr. (SBN #104)
               1700 Bank of America Plaza
               300 South Fourth Street
               Las Vegas, Nevada 89101

            John R. Posthumus (*pro hac vice*)
            SHERIDAN ROSS PC
            1560 Broadway, Suite 1200
            Denver, Colorado 80202

            *Attorneys for Plaintiffs*


            IT IS SO ORDERED.

            *[signature]*
            _____
            PHILIP M. PRO
            UNITED STATES DISTRICT JUDGE

            Dated:  January 4, 2012.

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of LIONEL SAWYER & COLLINS and that on this 3rd day of January, 2012, I caused documents entitled **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** to be served as follows:

[X]   by depositing same for mailing in the United States Mail, in a sealed envelope addressed to:

J. Malcolm DeVoy (SBN 11950)
RANDAZZA LEGAL GROUP
7001 W. Charleston Blvd., #1043
Las Vegas, Nevada 89117

[ ]   pursuant to Fed. R. Civ. P. 5(b)(2)(D) to be sent via facsimile as indicated:

[ ]   to be hand delivered to:

and/or

[X]   by the Court's CM/ECF System.

An Employee of
LIONEL SAWYER & COLLIN